**Dated: November 18, 2020**
**The following is ORDERED:**

_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

```
                                                              IT111
                    UNITED STATES BANKRUPTCY COURT
                     WESTERN DISTRICT OF TENNESSEE

In re:                                         Chapter 13
TAVARES SENTAL WILLIAMS
Debtor(s)                                      Case No. 16-29448-L
```

ADMINISTRATIVE ORDER REGARDING
NOTICE OF POST-PETITION MORTGAGE FEES EXPENSES AND CHARGES

It appearing to the Court that the Standing Chapter 13 Trustee has shown that the following notice was filed against the estate of the debtor and that such notice is a post petition debt not provided for by the Debtor's Chapter 13 plan:

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| BSI FINANCIAL SERVICES INC<br>PO BOX 517<br>314 S FRANKLIN STREET<br>TITUSVILLE, PA  16354 | $1,208.00 | FEES, COSTS AND EXPENSES (RULE 3002.1)<br><br>Debt Not Provided For |

Court Claim/Document #1

Your Trustee has examined the notice and recommends to the Court that it be deemed a debt not provided for in Debtor's Chapter 13 plan and Trustee is not to pay on notice until Chapter 13 plan is modified to provide for notice.

Premises considered, the Court being of the opinion that the Trustee's motion is well founded.

    IT IS THEREFORE, ORDERED that the above notice be deemed a debt not provided for by the plan as recommended by the Trustee and that a copy of this motion and order be mailed to the Debtor(s) and Debtor's attorney of record. The Debtor(s) shall be given 30 days within which to file a written application for modification of this order and, in the absence of such application, this order shall become final.

                                                             /S/Sylvia Ford Brown
                                                             CHAPTER 13 TRUSTEE

CC:   Sylvia Ford Brown
AH

      TAVARES SENTAL WILLIAMS
      1538 GOWAN DRIVE
      MEMPHIS, TN  38127

      S JONATHAN GARRETT ATTORNEY
      2670 UNION AVENUE EXT STE 1200
      MEMPHIS, TN  38112-4424

      BSI FINANCIAL SERVICES INC
      PO BOX 517
      314 S FRANKLIN STREET
      TITUSVILLE, PA  16354